# EXHIBIT 2

ELECTRONICALLY FILED
2023 Sep 12 PM 3:37
CLERK OF THE SALINE COUNTY DISTRICT COURT
CASE NUMBER:  SA-2023-CV-000180
PII COMPLIANT

## IN THE DISTRICT COURT OF SALINE COUNTY, KANSAS

| | |
|---|---|
| ACRES APARTMENTS, L.L.C.; CAMPINA VISTA, L.L.C.; GARDEN GROVE APARTMENTS, L.L.C.; HERITAGE APARTMENTS OF HUTCHINSON, LLC; 3200 GARDEN GROVE LLC; SIERRA SQUARE APARTMENTS, L.L.C.; SIERRA WAY, L.L.C.; AND WINDSOR APARTMENTS, LLC,<br><br>　　　　Plaintiffs,<br><br>　　and<br><br>THIRD COAST INSURANCE COMPANY,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Case No.  SA-2023-CV-000<br>)<br>)<br>)<br>)<br>) |

## PETITION PURSUANT TO K.S.A. CHAPTER 60

COMES NOW Plaintiffs Acres Apartments, L.L.C.; Campina Vista, L.L.C.; Garden Grove Apartments, L.L.C.; Heritage Apartments of Hutchinson, LLC; 3200 Garden Grove LLC; Sierra Square Apartments, L.L.C.; Sierra Way, L.L.C.; and Windsor Apartments, LLC (hereinafter collectively referred to as "Plaintiffs" unless individually identified) for their claims and causes of action against Defendant state and allege as follows:

A.　**Involved Parties.**

　　1.　Plaintiff Acres Apartments, L.L.C., is, and was at all times material herein, a limited liability company organized and existing under the laws of the State of Kansas, active and in good standing, with its registered office at 415 E. Crawford St., Salina, Saline County, Kansas 67401.

2.     Plaintiff Campina Vista LLC, is, and was at all times material herein, a limited liability company organized and existing under the laws of the State of Kansas, active and in good standing, with its registered office at 415 E. Crawford St., Salina, Saline County, Kansas 67401.

3.     Plaintiff Garden Grove Apartments, L.L.C., is, and was at all times material herein, a limited liability company organized and existing under the laws of the State of Kansas, active and in good standing, with its registered office at 415 E. Crawford St., Salina, Saline County, Kansas 67401.

4.     Plaintiff Heritage Apartments of Hutchinson, LLC, is, and was at all times material herein, a limited liability company organized and existing under the laws of the State of Kansas, active and in good standing, with its registered office at 415 E. Crawford St., Salina, Saline County, Kansas 67401.

5.      Plaintiff 3200 Garden Grove, L.L.C., is, and was at all times material herein, a limited liability company organized and existing under the laws of the State of Kansas, active and in good standing, with its registered office at 415 E. Crawford St., Salina, Saline County, Kansas 67401.

6.     Plaintiff Sierra Square Apartments, L.L.C., is, and was at all times material herein, a limited liability company organized and existing under the laws of the State of Kansas, active and in good standing, with its registered office at 415 E. Crawford St., Salina, Saline County, Kansas 67401

7.     Plaintiff Sierra Way, L.L.C., is, is, and was at all times material herein, a limited liability company organized and existing under the laws of the State of Kansas, active and in good standing, with its registered office at 415 E. Crawford St., Salina, Saline County, Kansas 67401.

2

8.     Plaintiff Windsor Apartments, LLC, is, is, and was at all times material herein, a limited liability company organized and existing under the laws of the State of Kansas, active and in good standing, with its registered office at 415 E. Crawford St., Salina, Saline County, Kansas 67401.

9.     Defendant Third Coast Insurance Company ("hereinafter "Defendant") is an approved Kansas Surplus Lines insurer and regularly transacts the business of insurance in the state of Kansas as a Wisconsin domiciled insurance company located at 15200 West Small Rd., New Berlin, Wisconsin 53151.

10.    That pursuant to K.S.A. 60-304(e), Defendant may be served with a summons and a copy of this petition by serving the officer, manager, partner, resident, managing or general agent in charge of its business offices at 15200 West Small Rd., New Berlin, Wisconsin 53151.

**B.     <u>Allegations Common to All Counts.</u>**

11.    The allegations contained in Paragraphs one (1) through ten (10) above are incorporated herein by reference.

12.    Defendant, in consideration of and for substantial premiums paid in full by Plaintiffs to Defendant for insurance coverage, issued commercial property insurance coverage policies which generally provided fire and casualty insurance coverage and specifically provided coverage for Plaintiffs' commercial properties for and against the perils of wind and hail on these various risks owned by the Plaintiffs, identified below and which are physically located in Hutchinson, Kansas; McPherson, Kansas; and/or Salina Kansas.

13.    That pursuant to the terms of these above described insurance policies insuring these commercial properties, each named Plaintiff limited liability company, e.g. the entity who owned

each of these various commercial properties, was the named insured under the applicable policy for each of these respective commercial properties.

14.     That on the numerous and various dates detailed with specificity below, Plaintiffs sustained damage to these insured commercial properties by the perils of wind and hail.

15.     Pursuant to the insuring agreements and/or insurance policies insuring each of these commercial properties; each applicable policy provided coverage for these various commercial buildings from and against the perils of wind, hail, lightening and/or tornado among other perils.

16.     Plaintiffs are entitled to reimbursement or payment for damages sustained to these insured commercial properties caused by covered perils, including the perils of wind and hail, during the relevant policy periods insured by these policies.

17.     Plaintiffs have experienced numerous, multiple and significant property damages to these commercial properties caused by the perils of wind and hail as more specifically detailed below and, pursuant to these policy provisions, Plaintiffs are entitled to reimbursement for damages sustained by these commercial properties which were caused by these expressly covered perils noted above.

18.     Plaintiffs have satisfied all conditions precedent to such reimbursement, including but not limited to, timely notification of the claims and losses resulting therefrom.

19.     Defendant hired third party adjusters and/or engineers to examine these losses and Defendant has essentially and uniformly denied all but one of these claims outright and or alternatively claimed if there was some damage caused by the peril of wind and/or hail during the policy period to certain of these commercial properties, the damage was not severe or significant enough to cause damages to exceed the applicable deductible.

20.    Plaintiffs have incurred significant time and considerable expense to hire an objective independent engineer to examine these commercial properties and prepare various reports regarding damages to these commercial properties, including causation of the damages by the perils of wind and hail and timely provided that information, opinions and analysis to Defendant but Defendant denied and continues to deny the claims in their entirety and/or contend there was not damage caused during the policy period by the perils of wind and hail in and to these properties and/or if there was damage caused by these insured perils to these commercial properties during the policy period, the damage did not exceed the deductible.

21.    Defendant failed and refused to conduct a reasonable investigation using all available information, evidence and accurate documents and has not attempted in good faith to effectuate a prompt, fair and equitable settlement of Plaintiffs' insured property damage claims in violation of K.S.A. 40-2404 (9), (a), (d) and (f).

22.    Defendant has failed to pay and continues to fail to pay the full amounts of Plaintiffs' losses, without just cause or excuse, and is liable and responsible for Plaintiffs' reasonable attorney's fees herein pursuant to K.S.A. 40-256 and/or K.S.A. 40-908 since these claims arose from insurance policies which insure against the perils of fire, tornado, lightening or hail.

23.    The contents of these insurance policies/contracts are well known to Defendant.

24.    Plaintiffs have performed each and every condition precedent as noted above. However, in the event of a failure of any condition precedent, which failure is specifically denied, by its conduct, waived such performance of any condition precedent, or is estopped to assert a failure of condition precedent as a bar to Plaintiffs' causes of action herein.

25.    Plaintiff's are entitled to recover all costs permitted under K.S.A. 60-2003 in being

forced to file suit and pursue this litigation in order to recover the damages on these losses the Plaintiff is entitled to.

26. Defendant wrongfully denied coverage for these claims under these policies and/or wrongfully contended on some losses the damages caused by covered perils was below the applicable policy deductible.

27. Defendant has breached the terms and conditions of the various policies/insurance contracts by failing to timely pay these compensable claims caused by the covered perils of wind and hail during the applicable policy periods and caused Plaintiffs the damages outlined below.

28. Defendant agreed to act in good faith and deal fairly with Plaintiffs when Defendant entered into these policies and accepted premiums from Plaintiffs. Defendant thereby assumed the obligation and duty to Plaintiffs and agreed to abide by these policy terms. Nevertheless, Defendant failed to act in good faith and deal fairly with Plaintiffs, and breached these obligations and duties by violating the terms of these insurance policies by failing to pay the full extent or amount of Plaintiffs' damages on these numerous wind and hail losses.

29. In the absence of a reasonable basis for doing so, and with full knowledge or reckless disregard, Defendant refused to indemnify Plaintiffs under their insurance policies.

30. Defendant has breached the terms and conditions of these various policies/insurance contracts and the covenants of good faith and fair dealing by failing to timely pay the full extent of these compensable claims caused by the covered perils of wind and hail during the applicable policy periods and caused these Plaintiffs the damages outlined in detail below.

**C.**    **Claims for Damage to 100 Eastmoor Drive, McPherson Kansas 67460.**

31.    The allegations contained in Paragraphs one (1) through thirty (30) above are incorporated herein by reference.

32.    That Plaintiff Campina Vista LLC owns commercial property located at 100 Eastmoor Drive, McPherson, Kansas 67460 which Defendant insured against the perils of wind and hail through policy no. STR7-032051-20.

33.    That Plaintiff Campina Vista LLC sustained loss and damage to this commercial property that was caused by the perils of wind and hail from a weather event which occurred on May 26, 2021.

34.    That the damages caused to this commercial property by this wind and hail weather event on May 26, 2021 damaged Plaintiff Campina Vista LLC in the current amount of $13,469.19.

**D.**    **Claims for Damage to 106 Eastmoor Drive, McPherson, Kansas 67460.**

35.    The allegations contained in Paragraphs one (1) through thirty-four (34) above are incorporated herein by reference.

36.    That Plaintiff Campina Vista LLC owns commercial property located at 106 Eastmoor Drive, McPherson, Kansas 67460 which Defendant insured against the perils of wind and hail through policy no. STR7-032051-20.

37.    That Plaintiff Campina Vista LLC sustained loss and damage to this commercial property that was caused by the perils of wind and hail from a weather event which occurred on May 26, 2021.

38.    That the damages caused by this wind and hail weather event on May 26, 2021 has damaged Plaintiff Campina Vista LLC in the current amount of $18,752.53.

**E.**     **Claims for Damages to 111 S. Lakeside Drive, McPherson, Kansas 67460.**

39.     The allegations contained in Paragraphs one (1) through thirty-eight (38) above are incorporated herein by reference.

40.     That Plaintiff Campina Vista LLC owns commercial property located at 111 S. Lakeside Drive, McPherson, Kansas 67460 which Defendant insured against the perils of wind and hail under policy no. STR7-032051-20.

41.     That Plaintiff Campina Vista LLC sustained loss and damage to this commercial property by the perils of wind and hail from a weather event which occurred on May 26, 2021.

42.     That the damages caused by this weather event on May 26, 2021 has damaged Plaintiff Campina Vista LLC in the current amount of $111,627.26.

**F.**     **Claims for Damages to 400-402 E. Prescott Ave., Salina, Kansas 67401.**

43.     The allegations contained in Paragraphs one (1) through forty-two (42) above are incorporated herein by reference.

44.     That Plaintiff Windsor Apartments, LLC owns commercial property located at 400-402 E. Prescott Ave., Salina, Kansas 67401 which Defendant insured against the perils of wind and hail through policy no. STR7-032051-20.

45.     That Plaintiff Windsor Apartments, LLC sustained loss and damage to this commercial property by the perils of wind and hail from a weather event which occurred on May 8, 2021.

46.     That the damages caused by this wind and hail weather event on May 8, 2021 has damaged Plaintiff Windsor Apartments, LLC in the current amount of $16,857.04.

8

**G.**     **Claims for Damages to 410 E. Prescott Ave., Salina, Kansas 67401.**

47.     The allegations contained in Paragraphs one (1) through forty-six (46) above are incorporated herein by reference.

48.     That Plaintiff Windsor Apartments, LLC owns commercial property located at 410 E. Prescott Ave., Salina, Kansas 67401 which Defendant insured against the perils of wind and hail through policy no. STR7-032051-20.

49.     That Plaintiff Windsor Apartments, LLC sustained loss and damage to this commercial property by the perils of wind and hail from a weather event which occurred on May 8, 2021.

50.     That the damages caused by this wind and hail weather event on May 8, 2021 has damaged Plaintiff Windsor Apartments, LLC in the current amount of $23,545.35.

**H.**     **Claims for Damages to 416-418 E. Prescott Ave., Salina, Kansas 67401.**

51.     The allegations contained in Paragraphs one (1) through fifty (50) above are incorporated herein by reference.

52.     That Plaintiff Windsor Apartments, LLC owns commercial property located at 416-418 E. Prescott Ave., Salina, Kansas 67401 which Defendant insured against the perils of wind and hail through policy no. STR7-032051-20.

53.     That Plaintiff Windsor Apartments, LLC sustained loss and damage to this commercial property by the perils of wind and hail from a weather event which occurred on May 8, 2021.

54.     That the damages caused by this wind and hail weather event on May 8, 2021 has damaged Plaintiff Windsor Apartments, LLC in the current amount of $15,349.52.

9

I.     **Claims for Damages to 606-608 S. 2nd St., Salina, Kansas 67401.**

55.     The allegations contained in Paragraphs one (1) through fifty-four (54) above are incorporated herein by reference.

56.     That Plaintiff Windsor Apartments, LLC owns commercial property located at 606-608 S. 2nd St., Salina, Kansas 67401 which Defendant insured against the perils of wind and hail through policy no. STR7-032051-20.

57.     That Plaintiff Windsor Apartments, LLC sustained loss and damage to this commercial property by the perils of wind and hail from a weather event which occurred on May 8, 2021.

58.     That the damages caused by this wind and hail weather event on May 8, 2021 has damaged Plaintiff Windsor Apartments, LLC in the current amount of $15,059.64.

J.     **Claims for Damages to 601 S. 2nd St., Salina, Kansas 67401.**

59.     The allegations contained in Paragraphs one (1) through fifty-eight (58) above are incorporated herein by reference.

60.     That Plaintiff Windsor Apartments, LLC owns commercial property located at 601 S. 2nd St., Salina, Kansas 67401 which Defendant insured against the perils of wind and hail through policy no. STR7-032051-20 and/or police no. STR6-029901-20.

61.     That Plaintiff Windsor Apartments, LLC sustained loss and damage to this commercial property by the perils of wind and hail from a weather event which occurred on either May 4, 2020 and/or May 8, 2021.

62.     That the damages caused by this wind and hail weather event on May 4, 2020 has damaged Plaintiff Windsor Apartments, LLC in the current amount of $16,401.00.

63.      That the damages caused by this wind and hail weather event on May 8, 2021 has

damaged Plaintiff Windsor Apartments, LLC in the current amount of $25,907.34.

**K.      Claims for Damages to 611 S. 2nd St., Salina, Kansas 67401.**

64.      The allegations contained in Paragraphs one (1) through sixty-three (63) above are

incorporated herein by reference.

65.      That Plaintiff Windsor Apartments, LLC owns commercial property located at 611

S. 2nd St., Salina, Kansas 67401 which Defendant insured against the perils of wind and hail through

policy no. STR7-032051-20.

66.      That Plaintiff Windsor Apartments, LLC sustained loss and damage to this

commercial property by the perils of wind and hail from a weather event which occurred on May 8,

2021.

67.      That the damages caused by this wind and hail weather event on May 8, 2021 has

damaged Plaintiff Windsor Apartments, LLC in the current amount of $27,635.88.

**L.      Claims for Damages to 610-612 S. 2nd St., Salina, Kansas 67401.**

68.      The allegations contained in Paragraphs one (1) through sixty-seven (67) above

are incorporated herein by reference.

69.      That Plaintiff Windsor Apartments, LLC owns commercial property located at

610-612 S. 2nd St., Salina, Kansas 67401 which Defendant insured against the perils of wind and

hail through policy no. STR7-032051-20.

70.      That Plaintiff Windsor Apartments, LLC sustained loss and damage to this

commercial property by the perils of wind and hail from a weather event which occurred on May 8,

2021.

71.     That the damages caused by this wind and hail weather event on May 8, 2021 has

damaged Plaintiff Windsor Apartments, LLC in the current amount of $14,926.76.

**M.     Claims for Damages to 649-651 S. 2nd St., Salina, Kansas 67101.**

72.     The allegations contained in Paragraphs one (1) through seventy-one (71) above are

incorporated herein by reference.

73.     That Plaintiff Windsor Apartments, LLC owns commercial property located at 649-

651 S. 2nd St., Salina, Kansas 67401 which Defendant insured against the perils of wind and  hail

through policy no. STR7-032051-20.

74.     That Plaintiff Windsor Apartments, LLC sustained loss and damage to this

commercial property by the perils of wind and hail from a weather event which occurred on May 8,

2021.

75.     That the damages caused by this wind and hail weather event on May 8, 2021 has

damaged Plaintiff Windsor Apartments, LLC in the current amount of $14,501.82.

**N.     Claims for Damages to 653-655 S. 2nd St., Salina, Kansas 67401.**

76.     The allegations contained in Paragraphs one (1) through seventy-five (75) above

are incorporated herein by reference.

77.     That Plaintiff Windsor Apartments, LLC owns commercial property located at 653-

655 S. 2nd St., Salina, Kansas 67401 which Defendant insured against the perils of wind and  hail

through policy no. STR7-032051-20.

78.     That Plaintiff Windsor Apartments, LLC sustained loss and damage to this

commercial property by the perils of wind and hail from a weather event which occurred on May 8,

2021.

79     That the damages caused by this wind and hail weather event on May 8, 2021 has damaged Plaintiff Windsor Apartments, LLC in the current amount of $13,178.34.

**O.**     **Claims for Damages to 660 S. 2nd St., Salina, Kansas 67401.**

80.     The allegations contained in Paragraphs one (1) through seventy-nine (79) above are incorporated herein by reference.

81.     That Plaintiff Windsor Apartments, LLC owns commercial property located at 660 S. 2nd St., Salina, Kansas 67401 which Defendant insured against the perils of wind and hail through policy no. STR7-032051-20.

82.     That Plaintiff Windsor Apartments, LLC sustained loss and damage to this commercial property by the perils of wind and hail from a weather event which occurred on May 8, 2021.

83.     That the damages caused by this wind and hail weather event on May 8, 2021 has damaged Plaintiff Windsor Apartments, LLC in the current amount of $26,227.76.

**P.**     **Claims for Damages to 662-664 S. 2nd St., Salina, Kansas 67401.**

84.     The allegations contained in Paragraphs one (1) through eighty-three (83) above are incorporated herein by reference.

85.     That Plaintiff Windsor Apartments, LLC owns commercial property located at 662-664 S. 2nd St., Salina, Kansas 67401 which Defendant insured against the perils of wind and hail through policy no. STR7-032051-20.

86.     That Plaintiff Windsor Apartments, LLC sustained loss and damage to this commercial property by the perils of wind and hail from a weather event which occurred on May 8, 2021.

87.     That the damages caused by this wind and hail weather event on May 8, 2021 has damaged Plaintiff Windsor Apartments, LLC in the current amount of $14,632.44.

**Q.     Claims for Damages to 666-668 S. 2nd St., Salina, Kansas 67401.**

88.     The allegations contained in Paragraphs one (1) through eighty-seven (87) above are incorporated herein by reference.

89.     That Plaintiff Windsor Apartments, LLC owns commercial property located at 666-668 S. 2nd St., Salina, Kansas 67401 which Defendant insured against the perils of wind and hail through policy no. STR7-032051-20.

90.    That Plaintiff Windsor Apartments, LLC sustained loss and damage to this commercial property by the perils of wind and hail from a weather event which occurred on May 8, 2021.

91.     That the damages caused by this wind and hail weather event on May 8, 2021 has damaged Plaintiff Windsor Apartments, LLC in the current amount of $14,194.34.

**R.     Claims for Damages to 670-672 S. 2nd St., Salina, Kansas 67401.**

92.     The allegations contained in Paragraphs one (1) through ninety-one (91) above are incorporated herein by reference.

93.     That Plaintiff Windsor Apartments, LLC owns commercial property located at 670-672 S. 2nd St., Salina, Kansas 67401 which Defendant insured against the perils of wind and hail through policy no. STR7-032051-20.

94.    That Plaintiff Windsor Apartments, LLC sustained loss and damage to this commercial property by the perils of wind and hail from a weather event which occurred on May 8, 2021.

95.     That the damages caused by this wind and hail weather event on May 8, 2021 has damaged Plaintiff Windsor Apartments, LLC in the current amount of $14,447.38.

14

S.   **Claims for Damages to 674-676 S. 2nd St., Salina, Kansas 67401.**

96.   The allegations contained in Paragraphs one (1) through ninety-five (95) above are incorporated herein by reference.

97.   That Plaintiff Windsor Apartments, LLC owns commercial property located at 674-676 S. 2nd St., Salina, Kansas 67401 which Defendant insured against the perils of wind and hail through policy no. STR7-032051-20.

98.   That Plaintiff Windsor Apartments, LLC sustained loss and damage to this commercial property by the perils of wind and hail from a weather event which occurred on May 8, 2021.

99.   That the damages caused by this wind and hail weather event on May 8, 2021 has damaged Plaintiff Windsor Apartments, LLC in the current amount of $14,448.55.

T.   **Claims for Damages to 678-680 S. 2nd St., Salina, Kansas 67401.**

100.   The allegations contained in Paragraphs one (1) through ninety-nine (99) above are incorporated herein by reference.

101.   That Plaintiff Windsor Apartments, LLC owns commercial property located at 678-680 S. 2nd St., Salina, Kansas 67401 which Defendant insured against the perils of wind and hail through policy no. STR7-032051-20.

102.   That Plaintiff Windsor Apartments, LLC sustained loss and damage to this commercial property by the perils of wind and hail from a weather event which occurred on May 8, 2021.

103.   That the damages caused by this wind and hail weather event on May 8, 2021 has damaged Plaintiff Windsor Apartments, LLC in the current amount of $14,353.06.

U.   **Claims for Damages to 713-715 S. 2nd St., Salina, Kansas 67401.**

104.   The allegations contained in Paragraphs one (1) through one hundred-three (103)

15

above are incorporated herein by reference.

105.     That Plaintiff Windsor Apartments, LLC owns commercial property located at 713-715 S. 2nd St., Salina, Kansas 67401 which Defendant insured against the perils of wind and hail through policy no. STR7-032051-20.

106.     That Plaintiff Windsor Apartments, LLC sustained loss and damage to this commercial property by the perils of wind and hail from a weather event which occurred on May 8, 2021.

107.     That the damages caused by this wind and hail weather event on May 8, 2021 has damaged Plaintiff Windsor Apartments, LLC in the current amount of $15,196.96.

### V.     Claims for Damages to 717-719 S. 2nd St., Salina, Kansas 67401.

108.     The allegations contained in Paragraphs one (1) through one hundred-seven (107) above are incorporated herein by reference.

109.     That Plaintiff Windsor Apartments, LLC owns commercial property located at 717-719 S. 2nd St., Salina, Kansas 67401 which Defendant insured against the perils of wind and hail through policy no. STR7-032051-20.

110.     That Plaintiff Windsor Apartments, LLC sustained loss and damage to this commercial property by the perils of wind and hail from a weather event which occurred on May 8, 2021.

111.     That the damages caused by this wind and hail weather event on May 8, 2021 has damaged Plaintiff Windsor Apartments, LLC in the current amount of $16,055.41.

### W.     Claims for Damages to 721-723 S. 2nd St., Salina, Kansas 67401.

112.     The allegations contained in Paragraphs one (1) through one hundred-eleven (111) above are incorporated herein by reference.

16

113.    That Plaintiff Windsor Apartments, LLC owns commercial property located at 721-723 S. 2nd St., Salina, Kansas 67401 which Defendant insured against the perils of wind and hail through policy no. STR7-032051-20.

114.    That Plaintiff Windsor Apartments, LLC sustained loss and damage to this commercial property by the perils of wind and hail from a weather event which occurred on May 8, 2021.

115.    That the damages caused by this wind and hail weather event on May 8, 2021 has damaged Plaintiff Windsor Apartments, LLC in the current amount of $16,380.80.

**X.    Claims for Damages to 725-727 S. 2nd St., Salina, Kansas 67401.**

116.    The allegations contained in Paragraphs one (1) through one hundred-fifteen (115) above are incorporated herein by reference.

117.    That Plaintiff Windsor Apartments, LLC owns commercial property located at 725-727 S. 2nd St., Salina, Kansas 67401 which Defendant insured against the perils of wind and hail through policy no. STR7-032051-20.

118.    That Plaintiff Windsor Apartments, LLC sustained loss and damage to this commercial property by the perils of wind and hail from a weather event which occurred on May 8, 2021.

119.    That the damages caused by this wind and hail weather event on May 8, 2021 has damaged Plaintiff Windsor Apartments, LLC in the current amount of $16,380.80.

**Y.    Claims for Damages to 729-731 S. 2nd St., Salina, Kansas 67401.**

120.    The allegations contained in Paragraphs one (1) through one hundred-nineteen (119) above are incorporated herein by reference.

121.    That Plaintiff Windsor Apartments, LLC owns commercial property located at 729-731 S. 2nd St., Salina, Kansas 67401 which Defendant insured against the perils of wind and hail through policy no. STR7-032051-20.

122.    That Plaintiff Windsor Apartments, LLC sustained loss and damage to this commercial property by the perils of wind and hail from a weather event which occurred on May 8, 2021.

123.    That the damages caused by this wind and hail weather event on May 8, 2021 has damaged Plaintiff Windsor Apartments, LLC in the current amount of $16,073.48.

**Z.    Claims for Damages to 733-735 S. 2nd St., Salina, Kansas 67401.**

124.    The allegations contained in Paragraphs one (1) through one hundred twenty-three (123) above are incorporated herein by reference.

125.    That Plaintiff Windsor Apartments, LLC owns commercial property located at 733-735 S. 2nd St., Salina, Kansas 67401 which Defendant insured against the perils of wind and hail through policy no. STR7-032051-20.

126.    That Plaintiff Windsor Apartments, LLC sustained loss and damage to this commercial property by the perils of wind and hail from a weather event which occurred on May 8, 2021.

127.    That the damages caused by this wind and hail weather event on May 8, 2021 has damaged Plaintiff Windsor Apartments, LLC in the current amount of $15,181.66.

**A-1.    Claims for Damages to 737-739 S. 2nd St., Salina, Kansas 67401.**

128.    The allegations contained in Paragraphs one (1) through one hundred-twenty-seven (127) above are incorporated herein by reference.

129.     That Plaintiff Windsor Apartments, LLC owns commercial property located at 737-739 S. 2nd St., Salina, Kansas 67401 which Defendant insured against the perils of wind and hail through policy no. STR7-032051-20.

130.     That Plaintiff Windsor Apartments, LLC sustained loss and damage to this commercial property by the perils of wind and hail from a weather event which occurred on May 8, 2021.

131.     That the damages caused by this wind and hail weather event on May 8, 2021 has damaged Plaintiff Windsor Apartments, LLC in the current amount of $16,508.12.

**B-1.     Claims for Damages to 741-743 S. 2nd St., Salina, Kansas 67401.**

132.     The allegations contained in Paragraphs one (1) through one hundred-thirty-one (131) above are incorporated herein by reference.

133.     That Plaintiff Windsor Apartments, LLC owns commercial property located at 741-743 S. 2nd St., Salina, Kansas 67401 which Defendant insured against the perils of wind and hail through policy no. STR7-03251-20.

134.     That Plaintiff Windsor Apartments, LLC sustained loss and damage to this commercial property by the perils of wind and hail from a weather event which occurred on May 8, 2021.

135.     That the damages caused by this wind and hail weather event on May 8, 2021 has damaged Plaintiff Windsor Apartments, LLC in the current amount of $16,410.88.

**C-1.     Claims for Damages to 607-609 S. 3rd St., Salina, Kansas 67401.**

136.     The allegations contained in Paragraphs one (1) through one hundred-thirty-five (135) above are incorporated herein by reference.

137.   That Plaintiff Windsor Apartments, LLC owns commercial property located at 607-609 S. 3rd St., Salina, Kansas 67401 which Defendant insured against the perils of wind and hail through policy no. STR7-032051-20.

138.   That Plaintiff Windsor Apartments, LLC sustained loss and damage to this commercial property by the perils of wind and hail from a weather event which occurred on May 8, 2021.

139.   That the damages caused by this wind and hail weather event on May 8, 2021 has damaged Plaintiff Windsor Apartments, LLC in the current amount of $15,269.05.

**D-1    Claims for Damages to 611-613 S. 3rd St., Salina, Kansas 67401.**

140.   The allegations contained in Paragraphs one (1) through one hundred-thirty-nine (139) above are incorporated herein by reference.

141.   That Plaintiff Windsor Apartments, LLC owns commercial property located at 611-613 S. 3rd St., Salina, Kansas 67401 which Defendant insured against the perils of wind and hail through policy no. STR7-032051-20.

142.   That Plaintiff Windsor Apartments, LLC sustained loss and damage to this commercial property by the perils of wind and hail from a weather event which occurred on May 8, 2021.

143.   That the damages caused by this wind and hail weather event on May 8, 2021 has damaged Plaintiff Windsor Apartments, LLC in the current amount of $15,101.10.

**E-1.    Claims for Damages to 627-629 S. 3rd St., Salina, Kansas 67401.**

144.   The allegations contained in Paragraphs one (1) through one hundred-forty-three (143) above are incorporated herein by reference.

145.     That Plaintiff Windsor Apartments, LLC owns commercial property located at 627-629 S. 3rd St., Salina, Kansas 67401 which Defendant insured against the perils of wind and hail through policy no. STR7-032051-20.

146.     That Plaintiff Windsor Apartments, LLC sustained loss and damage to this commercial property by the perils of wind and hail from a weather event which occurred on May 8, 2021.

147.     That the damages caused by this wind and hail weather event on May 8, 2021 has damaged Plaintiff Windsor Apartments, LLC in the current amount of $15,386.78.

**F-1.**     **Claims for Damages to 631-633 S. 3rd St., Salina, Kansas 67401.**

148.     The allegations contained in Paragraphs one (1) through one hundred-forty-seven (147) above are incorporated herein by reference.

149.     That Plaintiff Windsor Apartments, LLC owns commercial property located at 631-633 S. 3rd St., Salina, Kansas 67401 which Defendant insured against the perils of wind and hail through policy no. STR7-032051-20.

150.     That Plaintiff Windsor Apartments, LLC sustained loss and damage to this commercial property by the perils of wind and hail from a weather event which occurred on May 8, 2021.

151.     That the damages caused by this wind and hail weather event on May 8, 2021 has damaged Plaintiff Windsor Apartments, LLC in the current amount of $14,688.21.

**G-1.**     **Claims for Damages to 741 Guernsey St., Salina, Kansas 67401.**

152.     The allegations contained in Paragraphs one (1) through one hundred-fifty-one (151) above are incorporated herein by reference.

153.     That Plaintiff Windsor Apartments, LLC owns commercial property located at 741 Guernsey St., Salina, Kansas 67401 which Defendant insured against the perils of wind and hail through policy no. STR7-032051-20.

154.     That Plaintiff Windsor Apartments, LLC sustained loss and damage to this commercial property by the perils of wind and hail from a weather event which occurred on May 8, 2021.

155.     That the damages caused by this wind and hail weather event on May 8, 2021 has damaged Plaintiff Windsor Apartments, LLC in the current amount of $47,304.33.

**H-1.   Claims for Damages to 500 E. Crawford St., Salina, Kansas 67401.**

156.     The allegations contained in Paragraphs one (1) through one hundred-fifty-five (155) above are incorporated herein by reference.

157.     That Plaintiff Windsor Apartments, LLC owns commercial property located at 500 E. Crawford St., Salina, Kansas 67401 which Defendant insured against the perils of wind and hail through policy no. STR7-032051-20 and/or policy no. STR6-029901-20.

158.     That Plaintiff Windsor Apartments, LLC sustained loss and damage to this commercial property by the perils of wind and hail from a weather event which occurred on either May 4, 2020 and/or May 8, 2021.

159.     That the damages caused by this wind and hail weather event on either May 4, 2020 has damaged Plaintiff Windsor Apartments, LLC in the current amount of $17,199.00

160.     That the damages caused by this wind and hail weather event on either May 4, 2020 and/or May 8, 2021 has damaged Plaintiff Windsor Apartments, LLC in the current amount of $27,608.55.

22

**I-1.   Claims for Damages to 501 E. Crawford St., Salina, Kansas 67401.**

161.   The allegations contained in Paragraphs one (1) through one hundred sixty (160) above are incorporated herein by reference.

162.   That Plaintiff Windsor Apartments, LLC owns commercial property located at 501 E. Crawford St., Salina, Kansas 67401 which Defendant insured against the perils of wind and hail through policy no. STR7-032051-20 and/or policy no. STR6-029901-20.

163.   That Plaintiff Windsor Apartments, LLC sustained loss and damage to this commercial property by the perils of wind and hail from a weather event which occurred on either May 4, 2020 and/or May 8, 2021.

164.   That the damages caused by this wind and hail weather event on either May 4, 2020 has damaged Plaintiff Windsor Apartments, LLC in the current amount of $27,261.50.

165.   That the damages caused by this wind and hail weather event on May 8, 2021 has damaged Plaintiff Windsor Apartments, LLC in the current amount of $49,313.26.

**J-1.   Claims for Damages to 404-406-408 E. Bond St., Salina, Kansas 67401.**

166.   The allegations contained in Paragraphs one (1) through one hundred-sixty-five (165) above are incorporated herein by reference.

167.   That Plaintiff Windsor Apartments, LLC owns commercial property located at 404-406 E. Bond St., Salina, Kansas 67401 which Defendant insured against the perils of wind and hail through policy no. STR7-032051-20 and/or policy no. STR6-029901-20.

168.   That Plaintiff Windsor Apartments, LLC sustained loss and damage to this commercial property by the perils of wind and hail from a weather event which occurred on either May 4, 2020 and/or May 8, 2021.

169.    That the damages caused by this wind and hail weather event on May 4, 2020 has damaged Plaintiff Windsor Apartments, LLC in the current amount of $10,182.50.

170.    That the damages caused by this wind and hail weather event on May 8, 2021 has damaged Plaintiff Windsor Apartments, LLC in the current amount of $20,939.64.

**K-1.    Claims for Damages to 2900 N. Acres Rd., Hutchinson, Kansas 67502.**

171.    The allegations contained in Paragraphs one (1) through one hundred seventy (170) above are incorporated herein by reference.

172.    That Plaintiff Acres Apartments, L.L.C. owns commercial property located at 2900 N. Acres Rd., Hutchinson, Kansas 67502  which Defendant insured against the perils of wind and hail through policy no. STR7-032051-20.

173.    That Plaintiff Acres Apartments, L.L.C. sustained loss and damage to this commercial property by the perils of wind and hail from a weather event which occurred on May 2, 2021.

174.    That the damages caused by this wind and hail weather event on May 2, 2021 has damaged Plaintiff Acres Apartments, L.L.C. in the current amount of $138,793.83.

**L-1.    Claims for Damages to 901 E. 31st Ave. Hutchinson, Kansas 67502.**

175.    The allegations contained in Paragraphs one (1) through one hundred seventy-four (174) above are incorporated herein by reference.

176.    That Plaintiff Garden Grove Apartments, L.L.C. owns commercial property located at 901 E. 31st Ave, Hutchinson, Kansas 67502  which Defendant insured against the perils of wind and  hail through policy no. STR7-032051-20.

177.    That Plaintiff Garden Grove Apartments, L.L.C. sustained loss and damage to this commercial property by the perils of wind and hail from a weather event which occurred on May 2,

24

2021.

178.     That the damages caused by this wind and hail weather event on May 2, 2021 has

damaged Plaintiff Garden Grove Apartments, L.L.C. in the current amount of $182,993.28.

**M-1.** **Claims for Damages to 3200 Garden Grove Parkway, Hutchinson, Kansas 67502.**

179.     The allegations contained in Paragraphs one (1) through one hundred-seventy-eight

(178) above are incorporated herein by reference.

180.     That Plaintiff 3200 Garden Grove L.L.C. owns commercial property located at

3200 Garden Grove Parkway, Hutchinson, Kansas 67502 which Defendant insured against the perils

of wind and hail through policy no. STR7-032051-20.

181.     That Plaintiff 3200 Garden Grove L.L.C. sustained loss and damage to this

commercial property by the perils of wind and hail from a weather event which occurred on May 2,

2021.

182.     That the damages caused by this wind and hail weather event on May 2, 2021 has

damaged Plaintiff 3200 Garden Grove L.L.C. in the current amount of $195,453.38.

**N-1.** **Claims for Damages to 3102 Sierra Parkway, Hutchinson, Kansas 67502.**

183.     The allegations contained in Paragraphs one (1) through one hundred-eighty-two

(182) above are incorporated herein by reference.

184.     That Plaintiff Sierra Way, L.L.C. owns commercial property located at 3102 Sierra

Parkway, Hutchinson, Kansas 67502 which Defendant insured against the perils of wind and hail

through policy no. STR7-032051-20.

185.     That Plaintiff Sierra Way, L.L.C. sustained loss and damage to this commercial

property by the perils of wind and hail from a weather event which occurred on May 2, 2021.

186.    That the damages caused by this wind and hail weather event on May 2, 2021 has damaged Plaintiff Sierra Way, L.L.C. in the current amount of $104,406.73.

**O-1.    Claims for Damages to 100 Elm. Street, Hutchinson, Kansas 67502./401 E. Avenue A.**

187.    The allegations contained in Paragraphs one (1) through one hundred-eighty-six (186) above are incorporated herein by reference.

188.    That Plaintiff Heritage Apartments of Hutchinson, LLC owns commercial property located at 100 S. Elm. Street/401 E. Avenue A., Hutchinson, Kansas 67502 which Defendant insured against the perils of wind and  hail through policy no. STR7-032051-20.

189.    That Plaintiff  Heritage Apartments of Hutchinson, LLC sustained loss and damage to this commercial property by the perils of wind and hail from a weather event which occurred on May 2, 2021.

190.    That the damages caused by this wind and hail weather event on May 2, 2021 has damaged Plaintiff  Heritage Apartments of Hutchinson, LLC in the current amount of $75,356.73.

**P-1.    Claims for Damages to 3007-3009 Sierra Parkway, Hutchinson, Kansas 67502.**

191.    The allegations contained in Paragraphs one (1) through one hundred ninety (190) above are incorporated herein by reference.

192.    That Plaintiff Sierra Square Apartments, L.L.C. owns commercial property located at 3007-3009 Sierra Parkway, Hutchinson, Kansas 67502 which Defendant insured against the perils of wind and  hail through policy no. STR7-032051-20.

193.    That Plaintiff  Sierra Square Apartments, L.L.C. sustained loss and damage to this commercial property by the perils of wind and hail from a weather event which occurred on May 2, 2021.

194.    That the damages caused by this wind and hail weather event on May 2, 2021 has damaged Plaintiff Sierra Square Apartments, L.L.C. in the current amount of $64,658.11.

WHEREFORE, the Plaintiffs seek judgment against the Defendant for damages in the current total amount of $1,749,158.98, for prejudgment interest herein at the maximum rate allowed by law from the earliest date possible, for Plaintiffs' costs herein, for Plaintiffs' reasonable attorney's fees and for such other and further relief as the court deems just and equitable.

NORTON, WASSERMAN, JONES & KELLY, L.L.C.
213 S. Santa Fe
P.O. Box 2388
Salina, Kansas  67402-2388
(785) 827-3646
Fax (785) 827-0538
E-mail: nrk@nwjklaw.com


By: /s/Norman R. Kelly
Norman R. Kelly
SC #10639
Attorneys for Plaintiffs

## DEMAND FOR JURY TRIAL

COMES NOW Plaintiffs who hereby demand trial by jury and all issues of fact so triable.

NORTON, WASSERMAN, JONES & KELLY, L.L.C.
213 S. Santa Fe
P.O. Box 2388
Salina, Kansas  67402-2388
(785) 827-3646
Fax (785) 827-0538
E-mail: nrk@nwjklaw.com


By: /s/Norman R. Kelly
Norman R. Kelly
SC #10639
Attorneys for Plaintiffs