UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ACRES APARTMENTS, L.L.C., ET AL.,

    Plaintiffs,

v.

THIRD COAST INSURANCE COMPANY,

    Defendant.

Case No. 23-4088-JWB-GEB

# **ORDER**

The Court held a Discovery Conference in this matter. Plaintiffs appeared through counsel Jennifer Hill and Katy Olson. Defendant appeared through counsel Brannon Dillard, Christopher Harper, and Stephen Holombek. After review of the relevant discovery responses, the parties' position statements, the relevant Federal Rules of Civil Procedure and caselaw, and having heard the argument of counsel, the Court made the following orders:

1. Although the Court finds Defendant produced its document production as kept in the ordinary course of business complying with Rule 34, the Court directs the parties to continue to confer regarding further supplementation of certain requests as agreed upon to better identify documents responsive to those requests.

2. Defendant shall supplement its privilege log as discussed during the conference and in accordance with the provisions of *BridgeBuilder Tax + Legal Servs., P.A. v. Torus Specialty Ins. Co.*, No. 16-2236-JWL-GEB, 2017 WL 914809, at *4 (D. Kan. Mar. 8, 2017)

no later than September 27, 2024.

3.   The Court overrules Defendant's objections to Request for Production Nos. 22-27 as discussed during the conference. If any documents were withheld based upon these objections, they should be produced no later than August 27, 2024.

4.   The Court overrules Defendant's objections to Request for Production Nos. 54-56 regarding relevance, not reasonably calculated to lead to the discovery of admissible evidence, and vagueness. However, the Court sustains the objections regarding overbreadth and burden. The Court narrows the scope of these requests to those complaints or reprimands regarding the handling or adjusting of any property damage, not just claims for wind or hail damage, regardless of whether the claims were made on commercial or residential properties and limited to those such claims in the State of Kansas for the period of January 1, 2017 through September 12, 2023. Any additional documents responsive to these requests shall be produced no later than August 27, 2024.

5.   The deadlines in this matter are extended as follows: a) Discovery deadline January 17, 2025; b) Proposed Pretrial Order due by February 6, 2025; c) Final Pretrial Conference before Magistrate Judge Gwynne E. Birzer is set for February 13, 2025 at 11:00 a.m. by video conference; and d) Dispositive motion deadline March 14, 2025.

   IT IS SO ORDERED.

   Dated August 15, 2024, at Wichita, Kansas.

                              s/ Gwynne E. Birzer
                              GWYNNE E. BIRZER
                              U.S. Magistrate Judge